IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 22-CR-30030-MGM |
| DAVID TWEED, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS CONFERENCE MEMORANDUM**

The United States of America, by Rachael S. Rollins, United States Attorney for the District of Massachusetts, and the defendant, David Tweed, by and through his attorney, Charles Dolan, Esq., submit this memorandum to address the issues delineated in Local Rule 116.5(b)(1)-(10).

1. The government has made its automatic disclosures, and the defendant is reviewing the discovery materials. The defendant has not produced any materials under Local Rule 116.1(d). The defendant has not yet determined whether discovery requests for additional materials will be necessary.

2. The government will provide discovery in response to any future request according to the Local Rules and pursuant to the Federal Rules of Criminal Procedure, including any supplemental discovery if any additional materials are obtained.

3. There is no protective order in this case.

4. The defendant has not yet determined whether he will be filing any motions under Fed. R. Crim. P. 12(b).

5. The parties have not yet determined whether they will be calling expert witnesses at trial at this time.

6. The defendant does not anticipate asserting the defenses of insanity, public authority, or alibi.

7. The parties agree that the ends of justice are served by granting a continuance until the date of the next status conference, and excluding this time from the calculation of the time within which the trial must begin outweighs the best interests of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule 112.2. This exclusion will serve the ends of justice because it will provide the defendant with time to review the produced discovery and to contemplate how he wishes to proceed. A proposed order of excludable delay is attached to this status report.

8. The parties have not yet engaged in plea discussions. The parties anticipate a trial of this case would take approximately one week.

9. The parties request that an interim status conference be scheduled in late March or early April 2023.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

By: /s/ *Catherine G. Curley*
CATHERINE G. CURLEY
Assistant U.S. Attorney
United States Attorney's Office
300 State Street, Suite 230
Springfield, MA 01105
catherine.curley@usdoj.gov

DAVID TWEED

By his attorney,

/s/ *Charles Dolan*
CHARLES DOLAN

Dated: February 15, 2023

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Catherine G. Curley*
Catherine G. Curley
Assistant United States Attorney

Dated: February 15, 2023