IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 22-CR-30030-MGM |
| DAVID TWEED, | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER OF EXCLUDABLE DELAY**

KATHERINE A. ROBERTSON, U.S. MAGISTRATE JUDGE:

The government has moved for an order of excludable delay, and the defendant assents. The Court finds that the time from February 9, 2023 until _______________, the date of the next status conference, is excludable from the calculation of the time within which the trial must begin pursuant to the Speedy Trial Act.

The Court finds this time period excludable on the ground that the ends of justice served by excluding this time outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A) and Local Rule 112.2. This exclusion serves the "ends of justice" within the meaning of 18 U.S.C. 3161(h)(7)(A) as it will allow the defense time to review the produced discovery and determine how he wishes to proceed.

______________________________
KATHERINE A. ROBERTSON
U.S. MAGISTRATE JUDGE

Dated: ___________________