**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| **v.** | ) | **Docket No. 22-cr-30030-MGM** |
| **David Tweed** | ) | |
| **Defendant** | ) | |

**<u>JOINT MOTION TO CONTINUE RULE 11 HEARING</u>**

David Tweed, through his counsel, Charles E. Dolan respectfully requests this Court to continue the Defendant's Rule 11 Hearing to a date and time convenient to the court in November of 2023.

The Defendant is scheduled for a Rule 11 Hearing on September 19, 2023. The Defendant and the Government are still engaged in negotiations for a resolution of the matter without a trial. There remains some work to finalize and obtain approval of a plea agreement in the matter. The defendant is currently detained. The parties are requesting that the Rule 11 Hearing date be continued to allow additional time for the completion and execution of a plea agreement.

The Motion to Continue is jointly requested by Counsel for the Defendant andf AUSA Catherine Curley.

Respectfully submitted,
David Tweed,
By and through his Attorney,
/s/ *Charles E. Dolan*

Charles E. Dolan, Esquire
BBO #: 546344
Raipher, P.C.
265 State Street
Springfield, MA 01103

Tel. No.: (413) 746-4400
Fax. No.: (413) 746-5353
E-mail: ced@raipher.com

**Certificate of Service**

I, Charles E. Dolan, hereby certify that on this the 10th day of September, 2023, I have served all parties of record registered with ECF for this matter with a true copy of the foregoing motion by virtue of transmitting the same to the Court via the CM/ECF system.

/s/ *Charles E. Dolan*
__________________________
Charles E. Dolan, Esquire